1060

[No. 39800-1-II.   Division Two.   September 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW TALLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00044-3, Toni A. Sheldon, J., entered September 14, 2009. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 27959-6-III.   Division Three.   September 16, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. JUAN HERRERA-SANCHEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 08-1-00314-9, Richard L. Weber, J. Pro Tem., entered February 19, 2009. *Reversed* and *remanded* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 28960-5-III.   Division Three.   September 16, 2010.]

CONNIE L. POWELL, *Petitioner*, v. DEAN WHITE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-05613-5, Richard W. Miller, J. Pro Tem., entered April 12, 2010. *Remanded* by unpublished per curiam opinion.

[No. 63152-7-I.   Division One.   September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK RICARDO SAINTCALLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09999-5, Christopher A. Washington, J., entered February 9, 2009. *Reversed* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.